**Opinion filed May 23, 2019**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-19-00140-CV

_____

## IN THE INTEREST OF C.J.M., A CHILD

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 8931-CX**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss his appeal. In the motion, Appellant indicates that he no longer wishes to pursue an appeal in this matter, and he asks this court to allow him to withdraw his notice of appeal and dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

May 23, 2019                                                                          PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.